MAY 28 2013

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Seizure of
(address or brief description of property to be seized)

| | |
|---|---|
| The contents of one Wells Fargo Bank account, and up to $50,000 in another Wells Fargo Bank account. | **APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT** <br> CASE NUMBER: <br> **13-1085SAG** |

Shaun Bridges, Special Agent, United States Secret Service, being duly sworn deposes and says:

I have reason to believe that there is now certain property in Maryland, and elsewhere, which is the subject of forfeiture to the United States, namely (describe property to be seized):

the contents of **Wells Fargo Bank account 7657841313 in the name of Mutum Sigillum LLC** and up to $50,000 contained in **Wells Fargo Bank account 6836757515 in the name of Mark Karpeles**,

which are (state one or more bases for seizure under the U.S. Code)

subject to forfeiture pursuant to 18 U.S.C. section 981(a)(1)(A) because the contents of the Mutum Sigillum LLC account were involved in transactions and attempted transactions in violation of 18 U.S.C. section 1960, and up to $50,000 in the Mark Karpeles account was traceable to the property subject to forfeiture in the Mutum Sigillum LLC account.

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached Affidavit.

Shaun Bridges
Special Agent
U.S. Secret Service

Sworn to before me, and subscribed in my presence on (Date) May 9, 2013 at Baltimore, Maryland.

Honorable Stephanie A. Gallagher
United States Magistrate Judge