

JUN 1 9 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Seizure of
(Address or brief description of property to be seized)

**The contents of one Wells Fargo Bank account, and up to $50,000 in another Wells Fargo Bank account.**

**SEIZURE WARRANT**
CASE NUMBER: **13-1085SAG**

TO: Shaun Bridges, Special Agent, United States Secret Service, and any Authorized Officer of the United States:

An Affidavit having been made before me by Shaun Bridges, Special Agent, United States Secret Service, who has reason to believe that in Maryland, and elsewhere there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

the contents of **Wells Fargo Bank account 7657841313 in the name of Mutum Sigillum LLC** and up to $50,000 contained in **Wells Fargo Bank account 6836757515 in the name of Mark Karpeles.**

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and forfeiture and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY AUTHORIZED to seize within fourteen (14) days, the property specified, serving this warrant and making the seizure in the daytime - 6:00 AM to 10:00 PM - leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to any U.S. Magistrate Judge, as required by law. Service of this seizure warrant may be made by facsimile, provided that a hard copy is thereafter served by regular mail, overnight mail, or personal delivery.

Issued **May 9, 2013,** at Baltimore, Maryland, by
Date Issued

_____
Honorable Stephanie A. Gallagher
United States Magistrate Judge

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 5/9/13 | DATE AND TIME WARRANT EXECUTED 5/9/13 1009AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Wells Fargo Bank |
| INVENTORY MADE IN THE PRESENCE OF ||||

INVENTORY OF PROPERTY TAKEN PURSUANT TO THE WARRANT

- Account 7657841313 – USD $2,109,214.09
- Account 6836757515 – USD $8,200.87

**CERTIFICATION**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated magistrate judge.

6/8/13
Date

_____
Executing officer's signature

Shaun Bridges
Printed name and title